LAW OFFICE OF ANDREW RITHOLZ, INC
ANDREW RITHOLZ, ESQ., SBN: 145958
501 W. Foothill Boulevard
Monrovia, CA 91016
Telephone: (626) 844-7102
Facsimile: (626) 844-7133
Email: ritholz@sbcglobal.net

Attorney for Defendant Mountain Avenue Holdings, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Teresa Hicks<br><br>Plaintiff,<br><br>v.<br><br>Mountain Avenue Holdings, LLC., a California limited liability company, and Does 1-10<br><br>Defendants. | **NOTICE OF SETTLEMENT**<br>**(Case No. 5:22-cv-00760)**<br><br>Consolidated Cases:<br>CASE NO: 5:21-cv-01972-SVW-SHK<br>CASE NO. 5:22-cv-00136-AB-JPRx<br>CASE NO. 5:22-cv-00760-JGB-SHK<br><br>Assigned to: Honorable, Stephen V. Wilson |
| Teresa Hicks<br><br>Plaintiff,<br><br>v.<br><br>Mountain Avenue Holdings, LLC., a California limited liability company, and Does 1-10<br><br>Defendants. | |

1- NOTICE OF SETTLEMENT

| | |
|---|---|
| Hoang Minh Le<br><br>Plaintiff,<br><br>v.<br><br>Mountain Avenue Holdings, LLC, a California limited liability company, and Does 1-10<br><br>Defendants. | |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

    PLEASE TAKE NOTICE THAT the parties in the case of Hoang Minh Le v. Mountain Ave. Holdings, Case no. Case No. 5:22-cv-00760 have reached a settlement. However, it is anticipated that the terms of the settlement will not be complete until on or before August 1, 2022. At or about that time, if the terms of the settlement agreement are fulfilled, plaintiff will file a dismissal with prejudice.

Dated: July 12, 2022        LAW OFFICES OF ANDREW RITHOLZ, INC.

                                                  /s/ Andrew Ritholz
                                  Andrew Ritholz, Attorney for Defendant

2- NOTICE OF SETTLEMENT

# CERTIFICATE OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am a resident of the aforesaid County; I am over the age of eighteen years and not a party in the within entitled action; my business address is 501 W. Foothill Blvd., Monrovia CA 90065.

On the 15th day of July 2022, I served the within Notice of Settlement on the person listed below by email as follows:

Pamela Tsao pamela.tsao@ascensionlawgroup.com

Sabrina Jangda sabrina@handslawgroup.com

I certify under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on July 15, 2022 at Monrovia, CA

Andrew Ritholz

3- **NOTICE OF SETTLEMENT**