```
1  ASCENSION LAW GROUP
   PAMELA TSAO( 266734)
2  12341 Newport Ave., Suite B200
   North Tustin, CA 92705
3  PH: 714.783.4220
   FAX: 888.505.1033
4  Pamela.Tsao@ascensionlawgroup.com

5  Attorneys for Plaintiff HOANG MINH LE
```

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERESA HICKS, an individual<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>MOUNTAIN AVENUE HOLDINGS, LLC, a limited liability company;<br><br>　　　　Defendants. | **STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**<br><br>**(Case No. 5:22-cv-00760)**<br><br>Consolidated Cases:<br>CASE NO: 5:21-cv-01972-SVW-SHK<br>CASE NO. 5:22-cv-00136-AB-JPRx<br>CASE NO. 5:22-cv-00760-JGB-SHK<br><br><br>[Hon. Stephen V. Wilson *presiding*] |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff HOANG MINH LE and Defendants MOUNTAIN AVENUE HOLDINGS, LLC, a limited liability company ("Defendant"), by and through undersigned counsel, hereby stipulate that Case no: 5:22-CV-00760 be voluntarily dismissed with prejudice. Each party shall bear their own attorneys' fees and costs incurred herein.

SO STIPULATED.

Dated:    July 27, 2022           ASCENSION LAW GROUP, PC

                                  By: /s/ Pamela Tsao
                                      Pamela Tsao

                                  Attorneys for Plaintiff
                                  Hoang Minh Le

Dated:    July 27, 2022           LAW OFFICE OF ANDREW RITHOLZ, INC

                                  By: /s/ Andrew Ritholz
                                      Andrew Ritholz

                                  Attorneys for Defendant
                                  MOUNTAIN AVENUE HOLDINGS, LLC, a limited liability company